IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Alexander Bradley,<br><br>        Plaintiff,<br><br>v.<br><br>The Yahnis Company, Byron C. Yahnis, and Gordon Manus,<br><br>        Defendants. | C/A No. 4:15-cv-1928-JFA<br><br><br>**ORDER** |

      The Court is in the process of reviewing the Magistrate Judge's Report and Recommendation. The parties are requested to send the Court a copy of the original complaint and the order of dismissal filed in the Plaintiff's first state court action.

      IT IS SO ORDERED.

September 1, 2015　　　　　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　　　　　United States District Judge